THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| STETCO GROUP, LLC f/k/a STETCO MANUFACTURING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SPECSYS, INC., <br><br> Defendant. | Civil Action No. 1:22-cv-05117 |

### UNOPPOSED NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiff, Stetco Group, LLC f/k/a Stetco Manufacturing, LLC ("Stetco"), files this Unopposed Notice of Dismissal Pursuant to Fed. R. Civ. P 41, and states as follows:

1. Plaintiff filed the Complaint on September 20, 2023 (Doc. #1 p. 1-16).

2. Defendant has not filed an Answer to the Complaint. There is a pending Motion to Stay or Transfer the matter to South Dakota based upon Defendant's filing a Complaint against the Plaintiff in that jurisdiction.

3. Pursuant to Fed. R. Civ. P. 41 Plaintiff files this Notice of Dismissal to pursue its action in the South Dakota jurisdiction.

4. Plaintiff respectfully requests this Court voluntarily dismiss the Complaint without prejudice with the parties to bear their own costs.

5. Defendant does not object to the Notice of Dismissal.

Date: July 7, 2023

Respectfully Submitted,
**STETCO GROUP, LLC f/k/a**

1

                                          **STETCO MANUFACTURING, LLC**

                                          By: /s/ Amy Galvin Grogan
                                               One of its attorneys

Amy Galvin Grogan
GROGAN HESSE & UDITSKY, P.C.
Two Mid America Plaza, Suite 110
Oakbrook Terrace, IL 60181
(630) 833-5533
agrogan@ghulaw.com